IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TIMBER LAKE FOODS, INC.            PLAINTIFF

V.            CASE NO. 1:16cv63-GHD-DAS

ENGLAND LOGISTICS, INC. and
INTERSTATE, LLC            DEFENDANTS

## DEFAULT JUDGMENT

Default having been entered against the defendant, Interstate, LLC, judgment is hereby rendered in favor of the plaintiff, Timber Lake Foods, Inc., and against the defendant, Interstate, LLC in the amount of $40,230.40, to accrue interest at the current federal rate of 0.52% from date of judgment until paid in full.

This the 18th day of July, 2016.

           DAVID CREWS, CLERK

           By /s/ Raye Long
           Deputy Clerk