IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TIMBER LAKE FOODS, INC.                                              PLAINTIFF

v.                                                    Civil Action No. 1:16-cv-00063-GHD-DAS

ENGLAND LOGISTICS, INC. and
INTERSTATE, LLC                                                      DEFENDANTS

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
## AGAINST DEFENDANT INTERSTATE, LLC

Presently before the Court is Plaintiff's motion for default judgment [23] against Defendant Interstate, LLC. Upon due consideration of the motion, the Court is of the opinion that the motion should be granted and that default judgment should be entered against Defendant Interstate, LLC.

On June 7, 2016, Plaintiff filed an amended complaint [13] against Defendant England Logistics and newly added Defendant Interstate, LLC, seeking declaratory relief and alleging federal and state law claims. Plaintiff seeks the amount of $40,230.40 from Defendant Interstate, LLC in its amended complaint [13]. *See* Pl.'s Am. Compl. ¶ 28. The Court entered a show-cause Order [34] on November 10, 2016, requiring Plaintiff to clarify the basis for subject-matter jurisdiction over Defendant Interstate, LLC. Subsequently, on November 18, 2016, Plaintiff filed a response [35] stating that the subject-matter jurisdictional basis for the claims against Defendant Interstate, LLC is federal question jurisdiction, as the amended complaint asserts claims arising out of federal law against that defendant.

Thus assured of its subject-matter jurisdiction over Defendant Interstate, LLC and of the other matters raised herein, the Court ORDERS AND ADJUDGES that Plaintiff's unopposed

motion for default judgment [23] is GRANTED against Defendant Interstate, LLC. A final judgment is entered in favor of Plaintiff Timber Lake Foods, Inc. against Defendant Interstate, LLC in the amount of $40,340.40 to accrue interest at the current federal rate of 0.79% from the date of entry until the judgment is satisfied. All parties shall bear their own costs.

Plaintiff's claims against Defendant England Logistics, Inc. are unaffected by this order and remain pending.

A default judgment in accordance with this order shall issue this day.

SO ORDERED, this, 2nd day of December, 2016.

/s/ Glen H. Davidson
SENIOR U.S. DISTRICT JUDGE