UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TIMBER LAKE FOODS, INC.                                          PLAINTIFF

vs.                                          CIVIL ACTION NO. 1:16cv63-GHD-DAS

ENGLAND LOGISTICS, INC. and                                    DEFENDANTS
INTERSTATE, LLC

### AGREED ORDER OF DISMISSAL, AND FINAL JUDGMENT

The Court being advised this matter has settled finds this case should be dismissed with

prejudice, by agreement of the parties. Therefore, it is ordered that a Final Judgment is hereby

entered dismissing all claims asserted by Timber Lake Foods, Inc. against England Logistics,

Inc., with prejudice. It is further ordered that a Final Judgment is hereby entered dismissing all

claims asserted by England Logistics, Inc. against Timber Lake Foods, Inc., with prejudice. A

Final Judgment has previously been entered against Interstate, LLC [docket nos. 36, 37]. The

Clerk is directed to close this case.

This, the ___14___ day of December, 2016.

_____
United States Senior Judge
Glen H. Davidson

Agreed to:

_/s/ Clark Monroe_                          _/s/ Bradley Dillard_
G. Clark Monroe (MSB #9810)                 L. Bradley Dillard (MSB #10114)
gcmonroe@dunbarmonroe.com                   bdillard@mitchellmcnutt.com
DunbarMonroe, PLLC                          Mitchell, McNutt & Sams, PA
270 Trace Colony Park, Suite A              Post Office Box 7120
Ridgeland, MS 39157                         Tupelo, MS 38802-7120
601-898-2073 Office                         662-842-3871 Office
Counsel for England Logistics, Inc.         Counsel for Timber Lake Foods, Inc.